# First District Court of Appeal
## State of Florida

_____

No. 1D21-2594

_____

KENNETH L. WILLIAMS,

    Appellant,

v.

STATE OF FLORIDA DEPARTMENT
OF ENVIRONMENTAL
PROTECTION,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

September 16, 2022

PER CURIAM.

    AFFIRMED.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth L. Williams, Orlando, Appellant.

Justin Wolfe, General Counsel, and Jeffrey Brown of Department of Environmental Protection, Tallahassee, for Appellee.